IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NOVA CASUALTY COMPANY, a foreign corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RAY NORTON dba C CONNARY CONSTRUCTION, CHAD L. CONNARY, <br><br> Defendants. | CV 21-00374 LEK-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 8, 2022 and served on all parties on February 9, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment", ECF No. 23 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 1, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge